

**FILED**
May 07 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ erikaf   DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>FRANCO DIAZ-ESCOBEDO,<br><br>　　　　　　　　Defendant. | Case No.: '15 CR1213 LAB<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

　　On or about April 8, 2015, within the Southern District of California, defendant FRANCO DIAZ-ESCOBEDO, did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

　　DATED: __5/7/15__　　.

　　　　　　　　　　　　　　　LAURA E. DUFFY
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　for LARA W. WORM
　　　　　　　　　　　　　　　Assistant U.S. Attorney

LWW:sj:4/14/2015